CAROL ANN MOSES
Attorney at Law
545 East Alluvial, Suite #112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

Attorney for Defendant,
RAMON MANCILLA-ACEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON MANCILLA-ACEVEDO,<br><br>Defendant. | Case No. 1:09-cr-00340 OWW<br><br>STIPULATION TO CONTINUE MOTION HEARING<br><br>Date: January 4, 2010<br>Time: 1:30 p.m.<br>Court: The Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KAREN ESCOBAR, Assistant United States Attorney, counsel for Plaintiff, and CAROL ANN MOSES, Attorney of Record for Defendant, RAMON MANCILLA-ACEVEDO, and GALATEA DE LAPP, counsel for Co-Defendant, LUCAS ROSALES-ROSAS, the motion hearing currently set for January 4, 2010 at 1:30 p.m. shall be continued to

///

///

///

///

///

///

January 11, 2010 at 1:30 p.m. The proposed stipulation of a one week continuance is to accommodate an unexpected change in Defense Counsel Moses' litigation schedule.

Dated: December 23, 2009

By: /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant
RAMON MANCILLA-ACEVEDO

Dated: December 23, 2009

By: /s/ Karen Escobar
KAREN ESCOBAR
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: December 23, 2009

By: Galatea DeLapp
GALATEA DE LAPP
Attorney for Co-Defendant
LUCAS ROSALES-ROSAS

ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

1. The Motion Hearing scheduled for January 4, 2010 at 1:30 p.m. shall be continued to January 11, 2010, at 1:30 p.m.

IT IS SO ORDERED.

**Dated: December 23, 2009**

**/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE